# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MERCURY WASTE SOLUTIONS, INC., a corporation, | CASE NO. 04-CV-3208 (JRT/FLN) |
| Plaintiff, | |
| -vs- | **ORDER** |
| RICK PFLEGER, an individual, | |
| Defendant. | |

Douglas R. Peterson, **LEONARD STREET AND DEINARD**, 121 Walnut Street East, Post Office Box 967, Mankato, Minnesota 56002, for plaintiff.

Kelley R. Lorix, **MACKALL CROUNSE & MOORE**, 1400 AT&T Tower, 901 Marquette Avenue, Suite 1400, Minneapolis, Minnesota 55402, for plaintiff.

Chad W. Strathman and Jerry D. Sosna, **STRATHMAN & SOSNA**, 10 South Fifth Street, Suite 700, Minneapolis, Minnesota 55402, for defendant.

The above-entitled action, having been fully, finally and completely compromised and settled between the parties for a valuable consideration, the receipt and sufficiency of which is hereby acknowledged by Mercury Waste Solutions, Inc. and Rick Pfleger,

IT IS HEREBY ORDERED, that the action, including any and all claims and counterclaims, be and hereby is dismissed with prejudice and on its merits in accordance with the Stipulation for Dismissal between the parties, with each party bearing its own respective costs and attorneys' fees.

-2-

IT IS FURTHER ORDERED, that the Court shall retain jurisdiction over the parties for the purposes of enforcing a Consent Judgment and Order entered by the Court pursuant to agreement of the parties.

Dated: May 31, 2005
at Minneapolis, Minnesota.

          s/John R. Tunheim
          JOHN R. TUNHEIM
          United States District Judge